| | |
|---|---|
| DAVID YEREMIAN & ASSOCIATES, INC.<br>David H. Yeremian (SBN 226337)<br>*david@yeremianlaw.com*<br>Roman Shkodnik (SBN 285152)<br>*roman@yeremianlaw.com*<br>535 N. Brand Boulevard, Suite 705<br>Glendale, California 91203<br>Telephone: (818) 230-8380<br>Facsimile: (818) 230-0308<br><br>Attorneys for Plaintiff<br>ALFREDO VASQUEZ, on behalf of<br>himself and others similarly situated<br><br>LITTLER MENDELSON, P.C.<br>Barrett K. Green (SBN 145393)<br>*bgreen@littler.com*<br>Courtney S. Hobson (SBN 252322)<br>*chobson@littler.com*<br>2049 Century Park East, 5th Floor<br>Los Angeles, California 90067-3107<br>Telephone: (310) 553-0308<br>Facsimile: (310) 553-5583<br><br>Attorneys for Defendants<br>XPO LOGISTICS FREIGHT, INC. and<br>XPO LOGISTICS WORLDWIDE, LLC | SEYFARTH SHAW LLP<br>Andrew M. McNaught (SBN 209093)<br>*amcnaught@seyfarth.com*<br>Michael A. Wahlander (SBN 260781)<br>*mwahlander@seyfarth.com*<br>Elizabeth J. MacGregor (SBN 267326)<br>*emacgregor@seyfarth.com*<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Attorneys for Defendant<br>RANDSTAD US, L.P., a Delaware<br>limited partnership |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO VASQUEZ, on behalf of himself and others similarly situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>RANDSTAD US, L.P. a Delaware limited partnership; XPO LOGISTICS FREIGHT, INC., a Delaware corporation; XPO LOGISTICS WORLDWIDE, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 3:17-cv-04342-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff ALFREDO VASQUEZ ("Plaintiff"), and Defendants RANDSTAD US, L.P. ("Randstad") and XPO LOGISTICS FREIGHT, INC. and XPO LOGISTICS WORLDWIDE, LLC ("XPO") ("Defendants") (collectively, "the Parties") by and through their respective counsel stipulate as follows:

WHEREAS Randstad will file on November 7, 2017 a Motion to Transfer Venue from the United States District Court for the Northern District of California to the United States District Court for the Central District of California;

WHEREAS Plaintiff will file on November 7, 2017 a Motion to Remand;

WHEREAS Randstad and Plaintiff will notice the hearing on these Motions for December 21, 2017;

WHEREAS the Parties agree to a briefing scheduling in which the Oppositions to Randstad's Motion and Plaintiff's Motion shall be due on November 27, 2017, and the Replies In Support of Randstad's Motion and Plaintiff's Motion shall be due on December 4, 2017;

WHEREAS the initial Case Management Conference is currently scheduled for November 9, 2017, at 9:30 a.m.;

NOW THEREFORE the Parties agree that their proposed briefing schedule on Randstad's Motion and Plaintiff's Motion should be adopted, and that the Case Management Conference should be continued pending resolution of Randstad's Motion to Transfer Venue and Plaintiff's Motion to Remand.

**IT IS SO STIPULATED.**

DATED: November 7, 2017                    Respectfully submitted,

                                           DAVID YEREMIAN & ASSOCIATES, INC.


                                           BY: */s/ Roman Shkodnik*
                                               David H. Yeremian
                                               Roman Shkodnik

                                           Attorneys for Plaintiff
                                           ALFREDO VASQUEZ, on behalf of
                                           himself and others similarly situated

1

| | |
|---|---|
| DATED: November 7, 2017 | Respectfully submitted, |
| | SEYFARTH SHAW LLP |
| | BY: */s/ Elizabeth J. MacGregor* |
| | Andrew M. McNaught |
| | Michael A. Wahlander |
| | Elizabeth J. MacGregor |
| | Attorneys for Defendant |
| | RANDSTAD US, L.P., a Delaware limited partnership |
| DATED: November 7, 2017 | Respectfully submitted, |
| | LITTLER MENDELSON, P.C. |
| | By: */s/ Barret K. Green* |
| | Barrett K. Green |
| | Courtney S. Hobson |
| | Attorneys for Defendants |
| | XPO LOGISTICS FREIGHT, INC. and |
| | XPO LOGISTICS WORLDWIDE, LLC |

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Elizabeth J. MacGregor, attest that concurrence in the filing of this Stipulation and [Proposed] Order to Continue Case Management Conference has been obtained from the signatories, Roman Shkodnik, Counsel for Plaintiff ALFREDO VASQUEZ, and Barrett K. Green, Counsel for Defendants XPO LOGISTICS FREIGHT, INC. and XPO LOGISTICS WORLDWIDE, LLC.

Executed this 7th day of November 2017, in San Francisco, CA.

*/s/ Elizabeth J. MacGregor*
Elizabeth J. MacGregor

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and good cause appearing, the Court orders that the Case Management Conference currently scheduled in this matter for November 9, 2017, at 9:30 a.m., is continued pending the Court's adjudication of defendant Randstad US, L.P.'s Motion to Transfer Venue and Plaintiff's Motion to Remand. The Court will set a new date for the Case Management Conference if necessary following resolution of Randstad's Motion and Plaintiff's Motion. The Court further adopts the Parties proposed briefing schedule. The Oppositions to Randstad's Motion and Plaintiff's Motion shall be due on November 27, 2017, and Randstad's Reply and Plaintiff's Reply shall be due on December 4, 2017.

**IT IS SO ORDERED.** CMC reset from 11/9/17 to 1/18/18 at 9:30 a.m. An updated joint CMC statement shall be filed by 1/11/18.

DATED: 11/8/17



Honorable Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

---

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE / CASE NO. 3:17-CV-04342-EMC

42152154v.3